UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-2220 MJD/JGL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH N. MITCHELL<br>a/k/a/ JOSEPH MITCHELL, SR.<br><br>Defendant. | ) | ORDER |

This matter comes before the Court on the motion of the United States, without a hearing, for an Extension of Time for Service of the Summons. Patricia Cangemi, Assistant United States Attorney, appears for the United States.

Based upon the affidavit of counsel and upon all the files, records and proceedings herein,

IT IS ORDERED that plaintiff is granted an additional 120 days for service of the Summons and Complaint upon defendant.

Dated: Jan. 30, 2001

United States Magistrate Judge

JAN 30 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD